

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-20-00407-CV

Marian **HADDAD**,
Appellant

v.

**TRI-COUNTY A/C & HEATING, LLC**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-0908-CV
Honorable Gary L. Steel, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We tax costs of court for this appeal against Marian Haddad.

It is so **ORDERED** on September 30, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2020.

_____
Michael A. Cruz, Clerk of Court